ERIC GRANT
United States Attorney
ZACHARY RAY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SAUGAAT SHAHI,

Petitioner,

v.

NOEM, ET AL.,

Respondents.

No. 1:26-cv-02169-KES-EGC

**ORDER FOR EXTENSION OF DEADLINE TO FILE MOTION FOR FEES AND COSTS UNDER EAJA**

(Doc. 20)

The parties having stipulated and agreed, (*see* Doc. 20), Petitioners' deadline to file a motion for attorney's fees shall be extended until 60 days after the Supreme Court issues its decision in *Montoya Palacios v. Liggins*, No. 25-1223 (S. Ct. filed Apr. 20, 2026).

IT IS SO ORDERED.

Dated: **October 9, 2026**

UNITED STATES MAGISTRATE JUDGE